# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

|  |  |
|---|---|
| ECHOSENS, S.A. ) | |
| ) | |
| PLAINTIFFS. ) | |
| ) | |
| V. ) | |
| ) | C.A. No. 1:24-cv-11373 |
| E-SCOPICS S.A.S., ) | |
| ) | **DEMAND FOR JURY TRIAL** |
| DEFENDANT. ) | |
| ) | |

## ECHOSENS, S.A.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Echosens, S.A. ("Echosens"), by and through its undersigned counsel, hereby state as follows:

Echosens states that Inner Mongolia Furui Medical Science Co., a publicly traded company listed on the Shenzhen Stock Exchange, indirectly owns more than 10% of Echosens via its ownership interest in Furui Medical Science Co. Luxembourg.

Date: May 24, 2024

Respectfully Submitted By:

*/s/ David A. Simons*
David A. Simons, BBO #638740
Bryan P. Collins (*pro hac vice to be filed*)
Theresa A. Roozen (*pro hac vice to be filed*)
**Pillsbury Winthrop Shaw Pittman LLP**
david.simons@pillsburylaw.com
bryan.collins@pillsburylaw.com
theresa.roozen@pillsburylaw.com
1650 Tysons Boulevard, 14th Floor
McLean, VA 22102-4856
Phone: 703.770.7900
Fax: 703.770.7901

*Attorneys for Plaintiff Echosens, S.A.*